UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENIUS GROUP LIMITED,<br><br>                Petitioner,<br><br>                -v.-<br><br>LZG INTERNATIONATIONAL, INC.; MICHAEL THOMAS MOE; and PETER RITZ,<br><br>                Respondents,<br><br>                -v.-<br><br>VSTOCK TRANSFER, LLC<br><br>                Nominal Respondent. | 24 Civ. 8464 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      The parties are hereby ORDERED to appear for a telephonic conference concerning Petitioner's request for a temporary restraining order and preliminary injunction on **November 12, 2024**, at **12:00 p.m.**  The dial-in information is as follows:  At the scheduled date and time, the parties shall call (888) 363-4749 and enter access code 5123533.

      SO ORDERED.

Dated: November 8, 2024
       New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge