USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/18/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENIUS GROUP LIMITED,

     *Petitioner*,

   -against-

LZG INTERNATIONAL, INC., MICHAEL
THOMAS MOE and PETER RITZ,

     *Respondents*.

VSTOCK TRANSFER, LLC,

     *Nominal Respondents*.

LZG INTERNATIONAL, INC.'s
SHAREHOLDERS,

     *Intervenor*.

1:24-cv-8464-MKV

<u>ORDER</u>

MARY KAY VYSKOCIL, United States District Judge:

   Before the Court is a Motion for Reconsideration of the Court's Order for Entry of
Preliminary Injunction on Consent filed by LZG International, Inc.'s Shareholders. [ECF No. 41].
On December 16, 2024, this case was reassigned from the Honorable Judge Failla to this Court as
related to an earlier filed action captioned *Carey et al v. Moe et al*, Case No. 1:24-CV-07551.  The
Court has thoroughly reviewed the docket in this case, including the transcripts of the conferences
held before Judge Failla, in which Petitioner filed a petition in aid of arbitration and moved for a
TRO and preliminary injunction preventing the transfer of certain shares in Genius Group Limited
until an arbitration between the parties over rightful ownership is resolved.  Judge Failla entered a
TRO on November 12, 2024 which was extended to December 18, 2024 and set to expire on
December 19, 2024.

On December 17, 2023, this Court entered the Stipulation and Order for Entry of Preliminary Injunction on Consent.  [ECF No. 34].  Intervenor has now moved for reconsideration of that Order.  [ECF No. 41].  In the interim, on November 25, 2024, LZG International, Inc.'s Shareholders filed a motion to intervene in this special proceeding.  [ECF No. 19].  Presumably, LZG International, Inc's Shareholders sought intervention for the purpose of opposing the injunctive relief sought by Petitioner.  On December 10, 2024, Judge Failla granted the motion to intervene.  [ECF No. 39].  However, after intervention was granted LZG International, Inc.'s Shareholders did not file an opposition to the Petition that had been filed on November 17, 2024, [ECF No. 1].  On December 16, 2024, Petitioner and Respondents filed a consent Proposed Stipulation and Order for Entry of Preliminary Injunction.  [ECF No. 31].  LZG International, Inc.'s Shareholders did not file an opposition.  Notwithstanding Intervenor's delay in opposing injunctive relief, if Intervenor now wishes to be heard the Court will consider its Motion for Reconsideration at the Status Conference previously scheduled for January 6, 2025 at 1:00 PM. Any opposition by Petitioner and/or Respondents to Intervenor's Motion for Reconsideration is due on or before December 27, 2024 at 5:30 PM.  Any Reply is due on or before January 2, 2025 at 5:30 PM.  In the interim the Preliminary Injunction remains in effect.

There are two other motions pending before this Court, a Motion to Consolidate this action with *Carey et al v. Moe et al*, Case No. 1:24-CV-07551, [ECF No. 29] and a cross-motion to Stay *Carey et al v. Moe et al*, Case No. 1:24-CV-07551 [ECF No. 35].  The Court notes that Petitioner's cross-motion to stay relates entirely to the *Carey et al* action in which Petitioner has not appeared. The Parties should be prepared to address this issue at the January 6, 2024 Conference.  The Court will also hear from the parties on these pending motions at the Status Conference on January 6, 2025.  The Court is already in receipt of Petitioner's Memorandum of Law in Opposition to the

Motion to Consolidate and in Support of its cross-motion to Stay. [ECF Nos. 37, 38]. Accordingly, any response by Intervenor and/or Respondents to the Motion to Stay are due on or before December 27, 2024 at 5:30 PM. Any Reply is due on or before January 2, 2025 at 5:30 PM.

The Clerk of Court is respectfully requested to terminate docket entry 19.

**SO ORDERED.**

**Dated: December 18, 2024**
**New York, New York**                    **HON. MARY KAY VYSKOCIL**
**United States District Judge**