```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENIUS GROUP LIMITED,

     *Petitioner*,

-against-

LZG INTERNATIONAL, INC., MICHAEL THOMAS MOE and PETER RITZ,

     *Respondents*.

VSTOCK TRANSFER, LLC,

     *Nominal Respondent*.

LZG INTERNATIONAL, INC.'s SHAREHOLDERS,

     *Intervenor*.

1:24-cv-8464-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

  The Court received a letter requesting relief from counsel for Petitioner via email on February 18, 2025. Specifically, counsel claims that the Court should vacate the TRO previously entered, [ECF No. 62], because Respondents allegedly failed to properly serve the TRO in accordance with the Court's Order. Counsel for Petitioner claims that he did not file these materials on the public docket because they contain sensitive information.

  IT IS HEREBY ORDERED that Petitioner shall file its letter requesting relief from the Court, and any accompanying materials, on the docket on or before February 20, 2025 at 5:00 PM. Because Petitioner alleges that the materials submitted to the Court contain sensitive information, Petitioner may use the selected parties designation and simultaneously file a motion to seal.

**SO ORDERED.**

Date: February 19, 2025
New York, NY

             */s/ Mary Kay Vyskocil*
             **MARY KAY VYSKOCIL**
             **United States District Judge**