USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/4/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENIUS GROUP LIMITED,

        *Petitioner*,

-against-

LZG INTERNATIONAL, INC., MICHAEL THOMAS MOE and PETER RITZ,

        *Respondents*.

VSTOCK TRANSFER, LLC,

        *Nominal Respondent*.

LZG INTERNATIONAL, INC.'s SHAREHOLDERS,

        *Intervenor*.

1:24-cv-8464-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

        The Court is in receipt of a letter motion, [ECF No. 90], and an accompanying motion to seal, [ECF No. 88], filed—after the Court Ruled on the requested Temporary Restraining Order—by Genius Group Limited ("Genius") titled "Supplemental Letter Objecting to the Extension of the Temporary Restraining Order and for Emergency Relief." [ECF No. 90]. However, at the hearing with respect to the preliminary injunction in aid of arbitration sought by LZG International, Inc., Michael Moe, and Peter Ritz (collectively, "LZG") the Court specifically asked if either party objected to the extension of the Temporary Restraining Order for an additional fourteen days and no party, including Counsel for Genius, Christopher Basile and Eric Benzenberg, objected. This letter motion is an inappropriate attempt by Genius to retroactively assert an objection to the extension of the Temporary Restraining Order, effectively improperly requesting that the Court reconsider the entry of the Temporary Restraining Order.

This Court has already specifically admonished the parties both in a prior Order, [ECF No. 72] and at the hearing, for filing numerous letter motions, without leave of the Court, related to the merits of the pending motion. At this hearing the Court also very clearly stated that the record was closed and that the Court would provide the parties with a decision in due course. However, Counsel for Genius has completely ignored this Court's admonishment and prior Order. Counsel for Genius is on notice that continued failure to comply with this Court's orders may result in sanctions. Although the Court has very clearly disallowed the parties from submitting further motions on this matter, since Counsel for Genius completely disregarded the Court's orders, fairness dictates that LZG be afforded the opportunity to respond if it so wishes. Accordingly,

IT IS HEREBY ORDERED that LZG shall file any response on or before **March 5, 2025 at 12:00 PM**. The Court will not entertain further letters, motions, or briefing on this matter.

IT IS FURTHER ORDERED that Genius' request to seal, [ECF No. 88], is provisionally granted.

**Continued failure to comply with the Court's orders or comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, may result in sanctions, including monetary penalties on counsel and/or the parties.**

The Clerk of Court is respectfully requested to terminate the motions pending at docket entry 88.

**SO ORDERED.**

**Date: March 4, 2025**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**