**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

GENIUS GROUP LIMITED,

          Petitioner,

  v.

LZG INTERNATIONAL, INC.,
MICHAEL THOMAS MOE and
PETER RITZ,

          Respondents,

VSTOCK TRANSFER, LLC,

          Nominal Respondent.

Case No. 1:24-cv-08464-MKV

**DECLARATION OF**
**CHRISTOPHER M. BASILE**

I, Christopher M. Basile, hereby affirms the following:

1.      I am an attorney with the law firm of The Basile Law Firm P.C., counsel for Petitioner Genius Group Limited ("Genius").  I have personal knowledge of the matters discussed in this declaration, and if called as a witness, I could and would testify competently to the matters discussed in this declaration.

2.      On March 20, 2025, at or around 9:05 a.m., I called Your Honor's Chambers to speak with one of Your Honor's clerks regarding Respondent LZG International, Inc. ("LZG") failing to timely post the ordered injunction bond in the amount of $500,000 on or before March 19, 2025.  *See* ECF 99 at 16.  I respectfully inquired into how Genius should proceed, specifically in light of the Court's prior guidance that the parties should refrain from submitting letters.

3. Your Honor's clerk communicated that the Court's prior commentary only pertained to letters on LZG's motion for preliminary injunction. The Clerk then inquired into whether Genius has contacted LZG's counsel, and suggested doing so prior to seeking relief from the Court.

4. After the conclusion of my call with Your Honor's Clerk, I contacted LZG's counsel. To wit, starting at 10:20 a.m., I called and left voicemails for Barry Kamar, Brian Miller and Damien Marshall. Craig Carpenito, however, answered my telephone call. I communicated that Genius intends to seek dissolution of the injunction and inquired into whether LZG would be posting the ordered bond. Mr. Carpenito responded by communicating that he is not lead counsel and would inform Mr. Kamar.

5. As of the date hereof, I have not received any follow-up communications from LZG's counsel.

Pursuant to 28 U.S.C. § 1746, I, Christopher M. Basile, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 25th day of March, 2025.

_/s/ Christopher M. Basile_
Christopher M. Basile

2