UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
GENIUS GROUP LIMITED,

                                                          Case No. 1:24-cv-08464 (MKV)

                         Petitioner,

     v.

LZG INTERNATIONAL, INC., Inc. MICHAEL
THOMAS MOE and PETER RITZ

                         Respondents

VSTOCK TRANSFER, LLC

                         Nominal Respondent.
_____X

## DECLARATION OF CHRISTOPHER SERBAGI

       I, Christopher Serbagi, declare as follows:

1. I am counsel of record for Respondents LZGI International, Inc ("LZGI"), Michael Thomas Moe, and Peter Ritz. I have personal knowledge of the matters discussed in this declaration, and if called as a witness, I could and would testify competently to the matters discussed in this declaration.

2. Accordingly, I have submitted simultaneously with this declaration a motion requesting that I be permitted to withdraw on the ground of an actual or perceived conflict of interest between LZGI and the individual Respondents Michael Thomas Moe and Peter Rirz.

3. In particular, it has come to my attention that a court in the Circuit Court of the Eleventh Judicial Circuit in Miami-Dade County, the Honorable Lisa Walsh, has entered a default judgment for non-appearance against Michael Thomas Moe, Peter B. Ritz, and LZGI. Filing #208091469. In connection with that Order, the Court accepted the allegations of the Complaint

and found that Messrs. Moe and Ritz engaged in malfeasance. While no substantive hearing was held in which Messrs. Ritz and Moe appeared to present their case, the Court's Order presents an apparent conflict between the individual Respondents and the company LZGI.

4. Accordingly, to avoid the appearance of impropriety, I respectfully request to withdraw from representation of LZGI in the present case. I would continue to represent Michael Moe and Peter Ritz.

Dated: New York, New York
August 3, 2025

Respectfully Submitted,
THE SERBAGI LAW FIRM, P.C.

By: /s/ Christopher Serbagi
Chrisopther Serbagi
595 West End Avenue, Apt. 15B
New York, New York 10024
Tele: 917-880-6187
Email: christopher@serbagilaw.com