USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GENIUS GROUP LIMITED,

            *Petitioner*,

-against-

LZG INTERNATIONAL, INC., MICHAEL THOMAS MOE and PETER RITZ,

            *Respondents*.

VSTOCK TRANSFER, LLC,

            *Nominal Respondent*.

1:24-cv-8464-MKV

**ORDER TO SHOW CAUSE WITH RESPECT TO MOTION TO WITHDRAW AS COUNSEL**

---

MARY KAY VYSKOCIL, United States District Judge:

    Familiarity with this Court's prior rulings and the facts and extensive procedural history of this action are presumed for purposes of this Order. On August 3, 2025, counsel for Respondents filed a motion to withdraw as counsel for only LZG International, Inc. ("LZG") pursuant to Local Rule 1.4. [ECF No. 137]. Counsel represents that withdrawal is necessary because of the existence of an actual or perceived conflict of interest between the individual Respondents and the company Respondent. [ECF No. 137]. In the declaration in support of counsel's motion to withdraw he states that a default judgment for non-appearance was entered by the Honorable Lisa Walsh against Respondents Moe, Ritz, and LZG in which the Court accepted the allegations of the Complaint and found that Messrs. Moe and Ritz engaged in malfeasance. [ECF No. 137-1]. Therefore, counsel represents that that order presents an "apparent conflict between the individual Respondents and the company LZGI." [ECF No. 137-1]. In requesting to withdraw as counsel for LZG, counsel states that he would continue to represent Messrs. Moe and Ritz. Accordingly,

    Given counsel's representation of Respondents Moe and Ritz and Respondent LZG in this action, IT IS HEREBY ORDERED that **on or before August 15, 2025** counsel for Respondents

must show cause, in writing, why his continued participation in this litigation and representation of only Respondents Moe and Ritz does not create an apparent or actual conflict of interest or interfere with counsel's separate professional and ethical obligations to both present and former clients.

**Failure to comply with the Court's Orders or deadlines, or failure to comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.**

SO ORDERED.

Date:   August 7, 2025
        New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**