UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
GENIUS GROUP LIMITED,

                                                                                     Case No. 1:24-cv-08464 (MKV)

                        Petitioner,

      v.

LZG INTERNATIONAL, INC., Inc. MICHAEL
THOMAS MOE and PETER RITZ

                        Respondents

VSTOCK TRANSFER, LLC

                        Nominal Respondent.
_____X

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 1.4, I hereby move this Court for leave to allow the withdrawal as counsel for Respondents LGZ International, Inc., Michael Thomas Moe, and Peter Ritz in the above-captioned action. Withdrawal is necessitated because of the existence of an actual or perceived conflict of interest between the individual Responents and the Company LZGI. The withdrawal will not occasion a request for an extension of any deadlines. I am not asserting a retaining or charging lien in connection with my withdrawal.

    Dated: New York,
            New York
       August 15, 2025                                      Respectfully Submitted,
                                                                        THE SERBAGI LAW FIRM, P.C.

                                                                        By: /s/ Christopher Serbagi
                                                                            Chrisopther Serbagi
                                                                            595 West End Avenue, Apt. 15B
                                                                             New York, New York 10024
                                                                              Tele: 917-880-6187
                                                       Email: christopher@serbagilaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
GENIUS GROUP LIMITED,

                                                 Case No. 1:24-cv-08464 (MKV)

                Petitioner,

    v.

LZG INTERNATIONAL, INC., Inc. MICHAEL
THOMAS MOE and PETER RITZ

                Respondents

VSTOCK TRANSFER, LLC

                Nominal Respondent.
_____X

## DECLARATION OF CHRISTOPHER SERBAGI

    I, Christopher Serbagi, declare as follows:

1. I am counsel of record for Respondents LZGI International, Inc ("LZGI"), Michael Thomas Moe, and Peter Ritz in the above-entitled action.

2. By motion dated August 3, 2025, I filed a motion to withdwaw as counsel for Respondent LGZ Internatinoal, Inc. Dkt. No. 137. I requested to remain as counsel for Respondents Michael Thomas Moe and Peter Ritz.

3. By Order dated August 7, 2025, the Court Order that I respond by today "why my continued participation of Moe and Ritz does not create an apparent or actual conflict of intertest or interfere with counsel's separate professional and ethical obligations to both present and former clients." Dkt. No. 138.

4. I am informed that new counsel will appear for Respondents very shortly – counsel for

LZGI and separate counsel for Moe and Ritz. Given the stay in the case, there will be no prejudice to any of the parties. Accordingly, I respectfully request to withdraw from representation of LZGI and Respondents Moe and Ritz in the present case.

Dated: New York, New York
      August 15, 2025

                                        Respectfully Submitted,
                                        THE SERBAGI LAW FIRM, P.C.

                                        By: /s/ Christopher Serbagi
                                              Chrisopther Serbagi
                                              595 West End Avenue, Apt. 15B
                                              New York, New York 10024
                                              Tele: 917-880-6187
                                        Email: christopher@serbagilaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
GENIUS GROUP LIMITED,

                                Case No. 1:24-cv-08464 (MKV)

                    Petitioner,

    v.

LZG INTERNATIONAL, INC., Inc. MICHAEL
THOMAS MOE and PETER RITZ

                    Respondents

VSTOCK TRANSFER, LLC

                    Nominal Respondent.
_____X

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW

The Court has considered Christopher Serbagi's Motion to Withdraw Appearance for Respondents LZG International, Inc., Michael Thomas Moe, and Peter Ritz. After reviewing the Motion, and for good cause having been demonstrated, the Court finds that the request should be GRANTED.

IT IS THEREFORE ORDERED by the Court that Christopher Serbagi's motion is hereby granted to withdraw as counsel of record for the Respondents LZGI, Michael Thomas Moe, and Peter Ritz in this matter.

SO ORDERED.
Dated: New York, New York                     MARY KAY VYSKOCIL
August ____, 2025                             United States District Judge