

390 North Broadway – Ste. 140 | Jericho, New York 11753
Main Telephone: (516) 455-1500 | Facsimile: (631) 498-0478

DALLAS | NEW YORK | NAPLES

September 29, 2025

**Via ECF and Email**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Genius Group Ltd. v. LZG Int'l, Inc., et al.*, No. 1:24-cv-08464
      Response to LZG International, Inc.'s September 29, 2025 Letter to Court

Dear Judge Vyskocil:

We represent the Petitioner Genius Group Limited ("**Genius**") in the above-referenced matter. We write in response to the September 29, 2025 correspondence submitted by Nicole I. Hyland, Esq., counsel for Respondent LZG International, Inc. ("**LZG**"). *See* ECF 167 ("**Letter**").

It appears that disqualification counsel fails to appreciate that this Court has admonished prior attempts by counsel (including the undersigned) to submit requests for relief by way of letters. *See, e.g.,* ECF 105 ("The Court has repeatedly admonished counsel to stop filing letters on the docket demanding immediate action by the Court."); *see also* ECFs 91, 72. Stated differently, the Letter does exactly what this Court has threatened to impose sanctions for—making a request for immediate relief (here, in the form of denying Genius' Motion by Order to Show Cause for Disqualification).

Accordingly, Genius respectfully requests that this Court deny and disregard the Letter (like it has done with prior filings of similar nature). If LZG has arguments to levy against Genius' motion, it should do so through opposition briefing.

We thank the Court for its attention to this matter.

                                                Respectfully submitted,

                                                */s/ Mark R. Basile*
                                                Mark R. Basile, Esq.
                                                The Basile Law Firm P.C.
                                                390 N. Broadway, Suite 140
                                                Jericho, New York 11753
                                                Tel:    516-455-1500
                                                Fax:   631-498-0478
                                                Email: mark@thebasilelawfirm.com

*Genius Group Limited v. LZG International, Inc., et al.,*
No. 1:24-cv-08464
September 29, 2025
Page **2** of **2**

*Attorneys for Petitioner*<br>*Genius Group Limited*

cc:

All Counsel of Record (via ECF); Christopher Serbagi, Esq. (via e-mail)

---

**The Court has admonished the parties in this action to adhere to the Federal Rules of Civil Procedure, the local rules, and the Individual Rules of this Court on numerous occasions. Including seeking relief through letters, instead of properly filing a notice of motion or when appropriate under the Court's Individual Rules properly filing pre-motion conference letter. The parties are reminded that failure to comply with the Court's orders or comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules may result in sanctions, including monetary penalties on counsel and/or the parties , dismissal or preclusion of claims, defenses, arguments, or evidence.**

**Petitioner's motion for an order to show cause is DENIED. The Court will resolve Petitioner's motion to disqualify counsel after full briefing has been submitted on the issue. Accordingly, Respondent LZG International, Inc. shall file any opposition to Petitioner's motion on or before October 13, 2025. Any reply, if needed, shall be filed on or before October 20, 2025.**

**The Clerk of Court is respectfully requested to terminate the motion pending at docket entry 160.**

**SO ORDERED.**

Date: 10/2/2025
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge