UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2026

GENIUS GROUP LIMITED,

*Petitioner*,

-against-

LZG INTERNATIONAL, INC., MICHAEL THOMAS MOE and PETER RITZ,

*Respondents*.

VSTOCK TRANSFER, LLC,

*Nominal Respondent*.

1:24-cv-8464-MKV

**ORDER TO SHOW CAUSE**

MARY KAY VYSKOCIL, United States District Judge:

On May 1, 2026, in accordance with the Court's Order staying this matter pending arbitration, [ECF No. 99] at 16, counsel for Petitioner Genius Group Limited ("Genius") filed a status letter indicating that the ICC arbitration proceeding between Genius and Respondent LZG International, Inc. ("LZGI") had concluded, resulting in a final award. [ECF No. 183]. The letter further indicated that "Genius [was] preparing to file a petition for judicial confirmation of the Final Award." *Id.* at 2.

On May 13, 2026, Genius initiated a new action with the filing of a petition to confirm arbitration. *See Genius Group Limited v. LZG International, Inc.*, No. 1:26-cv-03961-MKV (S.D.N.Y. May 13, 2026), [ECF No. 1] (the "Petition"). Genius indicated that the Petition was related to this case. *Id.*, [ECF No. 7]. The Court accepted the Petition as related.

Accordingly, it is HEREBY ORDERED that, on or before June 3, 2026, the Parties shall file a joint letter showing cause why the stay in this case should not be lifted, and, further, why the Petition should not be consolidated with this case for confirmation proceedings.

Failure to comply with the Court's Orders or deadlines, or failure to comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.

SO ORDERED.

Date:  May 26, 2026
         New York, NY

_____
MARY KAY VYSKOCIL
United States District Judge